**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|   |   |
|---|---|
| In re Winter Storm Uri Natural Gas Litigation | Case No. 6:24-cv-01073-DDC-ADM<br><br>**This Document Relates to All Cases** |

# DEFENDANTS' JOINT MOTION TO DISMISS

Defendants BP Energy Company, BP Canada Energy Marketing Corp., CIMA ENERGY, LP (formerly CIMA ENERGY, LTD.), Concord Energy LLC, ETC Marketing, Ltd., Macquarie Energy LLC, Mercuria Energy America, Inc., NextEra Energy Marketing, LLC, Rockpoint Gas Storage, LLC, Southwest Energy L.P., Spotlight Energy, LLC, Tenaska Marketing Ventures, and Williams Energy Resources LLC ("Defendants"), by and through their counsel, respectfully move the Court for an order dismissing Plaintiffs' Complaints in the five consolidated putative class actions[1] under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Defendants are submitting a Memorandum of Law in Support of this Motion, which they incorporate herein by reference.

---

[1] *Mehl, et al. v. BP Energy Company, et al.*, Case No. 23-1192-DDC-ADM (Dkt. 77); *Stoneberger, et al. v. BP Energy Company, et al.*, Case No. 23-1195-DDC-ADM (Dkt. 47); *Rebein, et al. v. BP Canada Energy Marketing Corp., et al.*, Case No. 23-1245-DDC-ADM (Dkt. 55); *Deutscher, et al. v. Tenaska Marketing Ventures, et al.*, Case No. 23-1249-DDC-ADM (Dkt. 1); and *Rice, et al. v. Southwest Energy, L.P., et al.*, Case No. 24-1005-DDC-ADM (Dkt. 33).

Dated:  May 31, 2024                                        Respectfully submitted,

/s/ *Brian L. White*  
Brian L. White, #20767  
Casey L. Jones, #24970  
HINKLE LAW FIRM LLC  
1617 N. Waterfront Parkway, Suite 400  
Wichita, Kansas  67206  
Phone:  (316) 660-6200  
Fax:  (316) 660-6024  
bwhite@hinklaw.com  
cjones@hinklaw.com  

Andrew Zeve (*pro hac vice*)  
Kyle Alden Mason (*pro hac vice*)  
Sean Gorman (*pro hac vice*)  
WHITE & CASE LLP  
609 Main Street, Suite 2900  
Houston, Texas  77002  
Phone:  (713) 496-9700  
Fax:  (713) 496-9701  
andrew.zeve@whitecase.com  
kyle.mason@whitecase.com  
sean.gorman@whitecase.com  

*Attorneys for Defendant Southwest Energy L.P.*

/s/ *David E. Bengtson*  
David E. Bengtson, #12184  
Logan Fancher, #28532  
STINSON, LLP  
1625 N. Waterfront Parkway, Suite 300  
Wichita, Kansas  67206  
Phone:  (316) 265-8800  
Fax:  (316)265-1349  
david.bengtson@stinson.com  
logan.fancher@stinson.com  

/s/ *Alan R. Pfaff*  
Alan R. Pfaff, #12949  
Roman K. Panickar, #30146  
WALLACE SAUNDERS  
200 West Douglas, Suite 400  
Wichita, Kansas  67202  
Phone:  (316) 219-8308  
Fax:  (316) 316-269-2479  
apfaff@wallacesaunders.com  
rpanickar@wallacesaunders.com  

Richard C. Pepperman II (*pro hac vice*)  
Amanda F. Davidoff (*pro hac vice*)  
Michael P. Devlin (*pro hac vice*)  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York  10004  
Phone:  (212) 558-4000  
Fax:  (212) 558-3588  
peppermanr@sullcrom.com  
davidoffa@sullcrom.com  
devlinm@sullcrom.com  

*Attorneys for Defendants BP Energy Company and BP Canada Energy Marketing Corp.*

/s/ *Stephen R. McAllister*  
Stephen R. McAllister, #15845  
Megan M. Carroll, #29084  
DENTONS US LLP  
4520 Main Street Suite 1100  
Kansas City, Missouri  64111  
Phone:  (816) 460-2400  
Fax:  (816) 531-7545  
stephen.mcallister@dentons.com  
megan.carroll@dentons.com

Mark A. Perry (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
Claire L. Chapla (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, D.C.  20036
Phone:  (202) 682-7000
mark.perry@weil.com
chantale.fiebig@weil.com
claire.chapla@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Phone: (214) 746-8158
liz.ryan@weil.com

*Attorneys for Defendant ETC Marketing, Ltd.*

/s/ *Shane A. Rosson*
Shane A. Rosson, #24408
Tyler E. Heffron, #22115
TRIPLETT WOOLF GARRETSON LLC
2959 N. Rock Road, Suite 300
Wichita, Kansas  67226
Phone:  (316) 630-8100
Fax:  (316) 630-8101
sarosson@twgfirm.com
theffron@twgfirm.com

Johanna Spellman (*pro hac vice*)
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Phone:  (312) 777-7039
Fax:  (312) 993-9767
johanna.spellman@lw.com

Nathan M. Saper (*pro hac vice*)
LATHAM & WATKINS LLP
355 S. Grand Avenue, Suite 100
Los Angeles, California  90071
Phone:  (213) 891-7485
Fax:  (213) 891-8763
nathan.saper@lw.com

William R. H. Merrill (*pro hac vice*)
Alexandra Foulkes Grafton (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas  77002
Phone:  (713) 615-9366
Fax:  (713) 654-6666
bmerrill@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

*Attorneys for Defendant Macquarie Energy LLC*

/s/ *Jeffrey D. Morris*
Jeffrey D. Morris, #16123
BERKOWITZ OLIVER, LLP - KCMO
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Phone:  (913) 649-7007
Fax:  (816)561-1888
jmorris@berkowitzoliver.com

Stephen Crain (*pro hac vice*)
Bradley J. Benoit (*pro hac vice*)
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas  77002
Phone:  (713) 223-2300
Fax:  (800) 404-3970
stephen.crain@bracewell.com
brad.benoit@bracewell.com

*Attorneys for Defendant Tenaska Marketing Ventures*

Nicholas J. Boyle (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Phone:  (202) 637-2339
Fax:  (202) 637-2201
nicholas.boyle@lw.com

Robert J. Malionek (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York  10020
Phone:  (212) 906-1816
Fax:  (212) 751-4864
robert.malionek@lw.com

*Attorneys for Defendant Rockpoint Gas Storage, LLC*

/s/ *Connor Warden Brown*
William Perry Brandt #77842
Connor Warden Brown, #29423
SANDBERG PHOENIX & VON GONTARD, PC
4600 Madison Avenue, Suite 1000
Kansas City, Missouri  64112
Phone:  (314) 779-1380
Fax:  (816) 627-5532
pbrandt@sandbergphoenix.com
cbrown@sandbergphoenix.com

Emiliano D. Delgado (*pro hac vice*)
John F. Bash, III (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 W. 6th Street, Suite 2010
Austin, Texas  78701
Phone:  (737) 667-6117
Fax:  (737) 667-6110
emilianodelgado@quinnemanuel.com
johnbash@quinnemanuel.com

/s/ *Matthew D. Moderson*
Matthew D. Moderson, #29521
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Phone:  (816) 691-2736
Fax:  (816) 412-8123
matt.moderson@stinson.com

Louis Layrisson (*pro hac vice*)
Liam O'Rourke (*pro hac vice*)
BAKER BOTTS
910 Louisiana Street
Houston, Texas 77002
Phone:  (713) 229-1421
Fax:  (713) 229-7721
louie.layrisson@bakerbotts.com
liam.orourke@bakerbotts.com

Michael Yuffee (*pro hac vice*)
BAKER BOTTS
700 K Street, NW
Washington, DC  20001
Phone:  (202) 639-7700
Fax:  (202) 639-7890
michael.yuffee@bakerbotts.com

*Attorneys for Defendant CIMA ENERGY LP (formerly CIMA ENERGY, LTD.)*

/s/ *Casey O. Housley*
Casey O. Housley, #17665
SANDERS WARREN & RUSSELL, LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, Kansas  66210
Phone:  (913) 234-6100
Fax:  (913) 234-6199
c.housley@swrllp.com

Sascha N. Rand (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10001
Phone:  (212) 849-7000
Fax:  (212) 849-7100
sascharand@quinnemanuel.com

*Attorneys for Defendant NextEra Energy Marketing, LLC*

/s/ *Tristan L. Duncan*
Tristan L. Duncan, #70481; W.D.Mo. #39525
Holly P. Smith, #19984
Steven D. Soden, #70725; W.D.Mo. #41917
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri  64108
Phone:  (816) 474-6550
Fax:  (816) 421-5547
tlduncan@shb.com
hpsmith@shb.com
ssoden@shb.com

*Attorneys for Defendant Williams Energy Resources, LLC*

David T. McDowell (*pro hac vice*)
Mary E. Green (*pro hac vice*)
William B. Thomas (*pro hac vice*)
MCDOWELL HETHERINGTON LLP
1001 Fannin, Suite 2400
Houston, Texas  77002
Phone:  (713) 337-5580
Fax:  (713) 337-8850
david.mcdowell@mhllp.com
mary.green@mhllp.com
william.thomas@mhllp.com

*Attorneys for Defendant Mercuria Energy America, Inc.*

/s/ *Todd E. Shadid*
Todd E. Shadid, #16615
KLENDA AUSTERMAN LLC
301 North Main, Suite 1600
Wichita, Kansas  67202
Phone:  (316) 267-0331
Fax:  (316) 267-0333
tshadid@klendalaw.com

David E. Harrell, Jr. (*pro hac vice*)
Deanna Markowitz Willson (*pro hac vice*)
LOCKE LORD LLP
600 Travis, Suite 2800
Houston, Texas  77002
Phone:  (713) 226-1467
Fax:  (713) 229-2582
dharrell@lockelord.com
deanna.willson@lockelord.com

*Attorneys for Defendant Spotlight Energy, LLC*

-6-

/s/ *Michael G. Jones*
Michael G. Jones, #14511
William Rick Griffin, #21628
MARTIN PRINGLE OLIVER WALLACE &
BAUER, LLP
645 East Douglas, Suite 100
Wichita, Kansas  67202
Phone:  (316) 265-9311
Fax:  (316) 265-2955
mgjones@martinpringle.com
wrgriffin@martinpringle.com

Leah Nommensen (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas  77002
Phone:  (713) 220-3935
leahnommensen@huntonak.com

*Attorneys for Defendant Concord Energy LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I filed the foregoing with the clerk of the court by using the CM/ECF system and sent via electronic transmission to all parties of record.

By: /s/ Alan R. Pfaff
Alan R. Pfaff, #12949