## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| In re Winter Storm Uri Natural Gas Litigation | ) ) ) ) ) ) ) ) |

Case No. 6:24-cv-01073-DDC-ADM

**This Document Relates to All Cases**

## DEFENDANTS' JOINT MOTION TO PARTIALLY STAY
## DISCOVERY PENDING RESOLUTION OF THEIR MOTIONS TO DISMISS

Defendants BP Energy Company; BP Canada Energy Marketing Corp.; CIMA ENERGY, LP (formerly CIMA ENERGY, LTD.); Concord Energy LLC; ETC Marketing, Ltd.; Macquarie Energy LLC; Mercuria Energy America, Inc.; NextEra Energy Marketing, LLC; Rockpoint Gas Storage, LLC; Southwest Energy L.P.; Spotlight Energy, LLC; Tenaska Marketing Ventures; and Williams Energy Resources LLC by and through their counsel, respectfully move the Court to partially stay discovery in the five consolidated putative class actions[1] pending resolution of Defendants' already-filed motions to dismiss.  Counsel for Defendants conferred with Plaintiffs' counsel, who stated that Plaintiffs intend to oppose this Motion.  Defendants are submitting a Memorandum of Law in Support of this Motion, which they incorporate herein by reference.

---

[1] *Mehl, et al. v. BP Energy Company, et al.*, Case No. 23-1192-DDC-ADM; *Stoneberger, et al. v. BP Energy Company, et al.*, Case No. 23-1195-DDC-ADM; *Rebein, et al. v. BP Canada Energy Marketing Corp., et al.*, Case No. 23-1245-DDC-ADM; *Deutscher, et al. v. Tenaska Marketing Ventures, et al.*, Case No. 23-1249-DDC-ADM; and *Rice, et al. v. Southwest Energy, L.P., et al.*, Case No. 24-1005-DDC-ADM.

Dated:  June 18, 2024

Respectfully submitted,

/s/ *Brian L. White*

Brian L. White, #20767
Casey L. Jones, #24970
HINKLE LAW FIRM LLC
1617 N. Waterfront Parkway, Suite 400
Wichita, Kansas  67206
Phone:  (316) 660-6200
Fax:  (316) 660-6024
bwhite@hinklaw.com
cjones@hinklaw.com

Andrew Zeve (*pro hac vice*)
Kyle Alden Mason (*pro hac vice*)
Sean Gorman (*pro hac vice*)
WHITE & CASE LLP
609 Main Street, Suite 2900
Houston, Texas  77002
Phone:  (713) 496-9700
Fax:  (713) 496-9701
andrew.zeve@whitecase.com
kyle.mason@whitecase.com
sean.gorman@whitecase.com

*Attorneys for Defendant Southwest Energy L.P.*

/s/ *Alan R. Pfaff*

Alan R. Pfaff, #12949
Roman K. Panickar, #30146
WALLACE SAUNDERS
200 West Douglas, Suite 400
Wichita, Kansas  67202
Phone:  (316) 219-8308
Fax:  (316) 316-269-2479
apfaff@wallacesaunders.com
rpanickar@wallacesaunders.com

Richard C. Pepperman II (*pro hac vice*)
Amanda F. Davidoff (*pro hac vice*)
Michael P. Devlin (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Phone:  (212) 558-4000
Fax:  (212) 558-3588
peppermanr@sullcrom.com
davidoffa@sullcrom.com
devlinm@sullcrom.com

*Attorneys for Defendants BP Energy Company and BP Canada Energy Marketing Corp.*

/s/ *David E. Bengtson*

David E. Bengtson, #12184
Logan Fancher, #28532
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, Kansas  67206
Phone:  (316) 265-8800
Fax:  (316)265-1349
david.bengtson@stinson.com
logan.fancher@stinson.com

/s/ *Stephen R. McAllister*

Stephen R. McAllister, #15845
Megan M. Carroll, #29084
DENTONS US LLP
4520 Main Street Suite 1100
Kansas City, Missouri  64111
Phone:  (816) 460-2400
Fax:  (816) 531-7545
stephen.mcallister@dentons.com
megan.carroll@dentons.com

Mark A. Perry (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
Claire L. Chapla (*pro hac vice*)
Christopher Conrad (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, D.C.  20036
Phone:  (202) 682-7000
mark.perry@weil.com
chantale.fiebig@weil.com
claire.chapla@weil.com
chris.conrad@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Phone: (214) 746-8158
liz.ryan@weil.com

*Attorneys for Defendant ETC Marketing, Ltd.*

/s/ *Tyler E. Heffron*
Tyler E. Heffron, #22115
Shane A. Rosson, #24408
TRIPLETT WOOLF GARRETSON LLC
2959 N. Rock Road, Suite 300
Wichita, Kansas  67226
Phone:  (316) 630-8100
Fax:  (316) 630-8101
sarosson@twgfirm.com
theffron@twgfirm.com

Johanna Spellman (*pro hac vice*)
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Phone:  (312) 777-7039
Fax:  (312) 993-9767
johanna.spellman@lw.com

Nathan M. Saper (*pro hac vice*)
LATHAM & WATKINS LLP
355 S. Grand Avenue, Suite 100
Los Angeles, California 90071

William R. H. Merrill (*pro hac vice*)
Alexandra Foulkes Grafton (*pro hac vice*)
SUSMAN GODREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas  77002
Phone:  (713) 615-9366
Fax:  (713) 654-6666
bmerrill@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Beatrice C. Franklin (pro hac vice)
SUSMAN GODREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

*Attorneys for Defendant Macquarie Energy
LLC*

/s/ *Jeffrey D. Morris*
Jeffrey D. Morris, #16123
BERKOWITZ OLIVER, LLP - KCMO
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Phone:  (913) 649-7007
Fax:  (816)561-1888
jmorris@berkowitzoliver.com

Stephen Crain (*pro hac vice*)
Bradley J. Benoit (*pro hac vice*)
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas  77002
Phone:  (713) 223-2300
Fax:  (800) 404-3970
stephen.crain@bracewell.com
brad.benoit@bracewell.com

*Attorneys for Defendant Tenaska Marketing
Ventures*

Phone:  (213) 891-7485
Fax:  (213) 891-8763
nathan.saper@lw.com
Nicholas J. Boyle (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Phone:  (202) 637-2339
Fax:  (202) 637-2201
nicholas.boyle@lw.com

Robert J. Malionek (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York  10020
Phone:  (212) 906-1816
Fax:  (212) 751-4864
robert.malionek@lw.com

*Attorneys for Defendant Rockpoint Gas Storage, LLC*

/s/ *Connor Warden Brown*
William Perry Brandt #77842
Connor Warden Brown, #29423
SANDBERG PHOENIX & VON
GONTARD, PC
4600 Madison Avenue, Suite 1000
Kansas City, Missouri  64112
Phone:  (314) 779-1380
Fax:  (816) 627-5532
pbrandt@sandbergphoenix.com
cbrown@sandbergphoenix.com

Emiliano D. Delgado (*pro hac vice*)
John F. Bash, III (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
300 W. 6th Street, Suite 2010
Austin, Texas  78701
Phone:  (737) 667-6117
Fax:  (737) 667-6110
emilianodelgado@quinnemanuel.com
johnbash@quinnemanuel.com

/s/ *Matthew D. Moderson*
Matthew D. Moderson, #29521
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Phone:  (816) 691-2736
Fax:  (816) 412-8123
matt.moderson@stinson.com

Louis Layrisson (*pro hac vice*)
Liam O'Rourke (*pro hac vice*)
BAKER BOTTS
910 Louisiana Street
Houston, Texas 77002
Phone:  (713) 229-1421
Fax:  (713) 229-7721
louie.layrisson@bakerbotts.com
liam.orourke@bakerbotts.com

Michael Yuffee (*pro hac vice*)
BAKER BOTTS
700 K Street, NW
Washington, DC  20001
Phone:  (202) 639-7700
Fax:  (202) 639-7890
michael.yuffee@bakerbotts.com

*Attorneys for Defendant CIMA ENERGY, LP
(formerly CIMA ENERGY, LTD.)*

/s/ *Casey O. Housley*
Casey O. Housley, #17665
SANDERS WARREN & RUSSELL, LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, Kansas  66210
Phone:  (913) 234-6100
Fax:  (913) 234-6199
c.housley@swrllp.com

David T. McDowell (*pro hac vice*)
Mary E. Green (*pro hac vice*)
William B. Thomas (*pro hac vice*)
MCDOWELL HETHERINGTON LLP
1001 Fannin, Suite 2400

Sascha N. Rand (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10001
Phone:  (212) 849-7000
Fax:  (212) 849-7100
sascharand@quinnemanuel.com

*Attorneys for Defendant NextEra Energy
Marketing, LLC*



/s/ *Tristan L. Duncan*
Tristan L. Duncan, #70481; W.D.Mo. #39525
Holly P. Smith, #19984
Steven D. Soden, #70725; W.D.Mo. #41917
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri  64108
Phone:  (816) 474-6550
Fax:  (816) 421-5547
tlduncan@shb.com
hpsmith@shb.com
ssoden@shb.com

*Attorneys for Defendant Williams Energy
Resources, LLC*

Houston, Texas  77002
Phone:  (713) 337-5580
Fax:  (713) 337-8850
david.mcdowell@mhllp.com
mary.green@mhllp.com
william.thomas@mhllp.com

*Attorneys for Defendant Mercuria Energy
America, Inc.*


/s/ *Todd E. Shadid*
Todd E. Shadid, #16615
KLENDA AUSTERMAN LLC
301 North Main, Suite 1600
Wichita, Kansas  67202
Phone:  (316) 267-0331
Fax:  (316) 267-0333
tshadid@klendalaw.com

David E. Harrell, Jr. (*pro hac vice*)
Deanna Markowitz Willson (*pro hac vice*)
LOCKE LORD, LLP
600 Travis, Suite 2800
Houston, Texas  77002
Phone:  (713) 226-1467
Fax:  (713) 229-2582
dharrell@lockelord.com
deanna.willson@lockelord.com

*Attorneys for Defendant Spotlight Energy,
LLC*


/s/ *Michael G. Jones*
Michael G. Jones, #14511
William Rick Griffin, #21628
MARTIN PRINGLE OLIVER WALLACE &
BAUER, LLP
645 East Douglas, Suite 100
Wichita, Kansas  67202
Phone:  (316) 265-9311
Fax:  (316) 265-2955
mgjones@martinpringle.com
wrgriffin@martinpringle.com

Leah Nommensen (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas  77002
Phone:  (713) 220-3935
leahnommensen@huntonak.com

*Attorneys for Defendant Concord Energy
LLC*


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 18, 2024, I filed the foregoing with the clerk of the court by

using the CM/ECF system and sent via electronic transmission to all parties of record.


By: <u>/s/ *David E. Bengtson*</u>
     David E. Bengtson, #12184