**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

*In re Winter Storm Uri Natural Gas Litigation*

Case No. 6:24-cv-01073-DDC-ADM

(This Document Relates to All Cases)

## ORDER

The parties' Joint Motion for Protective Order (ECF 86) is denied without prejudice for failure to demonstrate good cause. If the parties choose to submit a revised protective order, they must (1) file a renewed motion for entry of a protective order and attach a PDF of their revised, proposed protective order that incorporates the revisions and addresses the comments set forth on the attached Exhibit A; and (2) contemporaneously email the undersigned's chambers a Word version of their revised, proposed protective order.

**IT IS SO ORDERED**.

Dated July 8, 2024, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge