IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE WINTER STORM URI<br>NATURAL GAS LITIGATION<br><br>(This Document Relates to All Cases) | Case No. 24-1073-DDC-ADM |

## ORDER

On October 16, 2024, the court convened a discovery conference at plaintiffs' request to discuss defendants' responses and objections to various document requests ("RFPs"). After hearing from the parties and as discussed in more detail on the record, the court set the following briefing schedules to address outstanding issues.

First, as to the extent to which defendants must produce documents related to (1) delivery and sales of natural gas outside of Kansas (*e.g.*, RFPs 1, 3-5, and perhaps others) and (2) subpoenas from governmental entities and defendants' responses to the same (addressed in RFP 24), the following schedule applies:

- Plaintiffs may file a motion to compel by **November 6, 2024**, limited to 10 pages.
- Defendants' response is due by **December 3, 2024**, and is limited to 10 pages.
- Plaintiffs' reply is due by **December 12, 2024**, and is limited to 3 pages.

Second, as to whether defendant Concord Energy, LLC ("Concord") is entitled to a protective order allowing redactions in CONCORD000001-02, the following schedule applies:

- Concord may file a motion for protective order by **November 6, 2024**, limited to 7 pages. By the same date, Concord must contact the undersigned's chambers to arrange to submit an unredacted copy of the document for *in camera* review.
- Plaintiffs' response is due by **December 3, 2024**, and is limited to 7 pages.
- Concord's reply is due by **December 12, 2024**, and is limited to 2 pages.

2

**IT IS SO ORDERED.**

Dated October 17, 2024, at Kansas City, Kansas.

s/ Angel D. Mitchell<br>
Angel D. Mitchell<br>
U.S. Magistrate Judge