**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| In re Winter Storm Uri Natural Gas Litigation | Case No: 6:24-cv-01073-DDC-ADM <br><br> This Document Relates to Member Case No. 6:23-cv-01195 (*Stoneberger v. BP Energy Company*) |

**JOINT MOTION TO TAKE PLAINTIFF WENDY DUNKIN'S DEPOSITION AFTER THE PHASE I CLASS-CERTIFICATION FACT DISCOVERY DEADLINE**

Defendants and Plaintiffs (the "Parties") in the above-referenced case, by and though their undersigned counsel, submit this Joint Motion for the limited purpose to allow for the deposition of Plaintiff Wendy Dunkin after expiration of the Court's January 31, 2025, Phase I class-certification fact discovery deadline. Pursuant to Fed. R. Civ. P. 16(b)(4), the Parties state the following in support of the Motion:

1. Wendy Dunkin is a Plaintiff in the above captioned case.

2. In accordance with the First Amended Phase I Scheduling Order, all Phase I class-certification fact discovery is to be completed by January 31, 2025. Doc. 285.

3. The Parties have been working on scheduling of depositions for the 22 Plaintiffs in the five consolidated cases since November 6, 2024. The depositions are underway and are on track for completion within the Phase I class-certification fact discovery period, with depositions taking place most business days in January, except for that of Wendy Dunkin and Usha Rafferty, a plaintiff in Member Case No. 6:24-cv-1005-DDC-ADM.

4. The Parties worked diligently to schedule a time to depose Wendy Dunkin before the January 31, 2025 deadline and originally scheduled Ms. Dunkin's deposition for Wednesday,

January 29th, but Plaintiffs' counsel informed Defendants on January 24th that Ms. Dunkin is having health issues that will prevent her from attending and participating in her deposition as originally scheduled.

5. The Parties have been corresponding regarding the rescheduling of Ms. Dunkin's deposition for later in the week, but despite diligent and good faith efforts to do so, Plaintiffs have informed Defendants that Ms. Dunkin's health issues prevent her from sitting for her deposition prior to the expiration of the Phase I class-certification discovery period. Accordingly, the Parties seek relief from the Court to take Ms. Dunkin's deposition on or before February 19, 2025, even though this period falls beyond the expiration of the Phase I class-certification fact discovery period.

6. The relief requested by the Parties will not delay or impact the remaining deadlines in the First Amended Phase I Scheduling Order and none of the Parties will be prejudiced by granting of the Motion.

WHEREFORE, the Parties respectfully request that the Joint Motion to Take Plaintiff Wendy Dunkin's Deposition After the Phase I Class-Certification Fact Discovery Deadline be granted and request an order from the Court:

  A. modifying the Court's First Amended Phase I Scheduling Order to allow for the deposition of Wendy Dunkin on or before February 19, 2025; and

  B. for such other and further relief which the Court deems just and equitable.

[SIGNATURES ON FOLLOWING PAGE]

Dated: January 29, 2025

/s/ *Jay Fowler*
Jay F. Fowler, #10727
Samuel J. Walenz, #29114
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206
Phone: (316) 291-9541
Fax: (316) 267-6345
jfowler@foulston.com
swalenz@foulston.com

Scott C. Nehrbass, #16285
Lee M. Smithyman, #09391
James P. Zakoura, #07644
Jacob T. Schmidt, #28917
FOULSTON SIEFKIN LLP
7500 College Blvd., Suite 1400
Overland Park, Kansas 66210
Phone: (913) 484-4627
Fax: (913) 498-2101
snehrbass@foulston.com
lsmithyman@foulston.com
jzakoura@foulston.com
jschmidt@foulston.com

*Attorneys for Plaintiffs*

/s/ *Stephen R. McAllister*
Stephen R. McAllister, #15845
Megan M. Carroll, #29084
DENTONS US LLP
4520 Main Street Suite 1100
Kansas City, Missouri 64111
Phone: (816) 460-2400
Fax: (816) 531-7545
stephen.mcallister@dentons.com
megan.carroll@dentons.com

William R.H. Merrill (*pro hac vice*)
Alex Foulkes Grafton (*pro hac vice*)
Megan E. Griffith (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100

Respectfully submitted,

/s/ *Casey L. Jones*
Casey L. Jones, #24970
HINKLE LAW FIRM LLC
1617 N. Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Phone: (316) 660-6200
Fax: (316) 660-6024
cjones@hinklaw.com

Andrew Zeve (*pro hac vice*)
Kyle Alden Mason (*pro hac vice*)
Sean Gorman (*pro hac vice*)
WHITE & CASE LLP
609 Main Street, Suite 2900
Houston, Texas 77002
Phone: (713) 496-9700
Fax: (713) 496-9701
andrew.zeve@whitecase.com
kyle.mason@whitecase.com
sean.gorman@whitecase.com

*Attorneys for Defendant Southwest Energy L.P.*

/s/ *Alan R. Pfaff*
Alan R. Pfaff, #12949
Roman K. Panickar, #30146
WALLACE SAUNDERS
200 West Douglas, Suite 400
Wichita, Kansas 67202
Phone: (316) 219-8308
Fax: (316) 316-269-2479
apfaff@wallacesaunders.com
rpanickar@wallacesaunders.com

Richard C. Pepperman II (*pro hac vice*)
Amanda F. Davidoff (*pro hac vice*)
Michael P. Devlin (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Phone: (212) 558-4000
Fax: (212) 558-3588

3

Houston, Texas 77002
Telephone: (713) 653-7865
bmerrill@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com
mgriffith@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

*Attorneys for Defendant Macquarie Energy LLC*

/s/ *Matthew D. Moderson*
Matthew D. Moderson, #29521
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Phone: (816) 691-2736
Fax: (816) 412-8123
matt.moderson@stinson.com

Louis Layrisson (*pro hac vice*)
Liam O'Rourke (*pro hac vice*)
BAKER BOTTS
910 Louisiana Street
Houston, Texas 77002
Phone: (713) 229-1421
Fax: (713) 229-7721
louie.layrisson@bakerbotts.com
liam.orourke@bakerbotts.com

Michael Yuffee (*pro hac vice*)
BAKER BOTTS
700 K Street, NW
Washington, DC 20001
Phone: (202) 639-7700
Fax: (202) 639-7890
michael.yuffee@bakerbotts.com

*Attorneys for Defendant CIMA ENERGY LP*

peppermanr@sullcrom.com
davidoffa@sullcrom.com
devlinm@sullcrom.com

*Attorneys for Defendants BP Energy Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, I filed the foregoing with the clerk of the court by using the CM/ECF system and sent via electronic transmission to all parties of record.

<u>/s/ Casey L. Jones                </u>