UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE WINTER STORM URI NATURAL GAS LITIGATION | Case No. 24-1073-DDC-ADM |
| | **This Document Relates to All Cases** |

PLAINTIFFS' MOTION TO WITHDRAW
NOTICE OF INTENT TO ISSUE SUBPOENA, ECF NO. 395

Plaintiffs respectfully move to withdraw their notice of intent to issue subpoena, ECF No. 395. In support, Plaintiffs state:

1. On February 24, 2025, Plaintiffs filed a notice of intent to issue a subpoena to Southern Star Central Gas Pipeline, Inc. (the "Notice"), ECF No. 395.

2. Plaintiffs inadvertently attached to the Notice and publicly filed a document marked "Confidential" under the Protective Order governing these consolidated cases.

3. Plaintiffs have notified the District Court Clerk of their mistaken filing and the Clerk has marked the Notice "private" on the public docket.

4. Plaintiffs respectfully request an order: (1) allowing them to withdraw the Notice; and (2) striking the Notice from the public docket.

Respectfully submitted,

FOULSTON SIEFKIN, LLP

*s/Jay F. Fowler*
Jay F. Fowler, KS #10727
Samuel J. Walenz, KS #29114
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
T: 316-291-9541 | F: 316-267-6345
jfowler@foulston.com
swalenz@foulston.com

1

                                                  Scott C. Nehrbass, KS #16285
                                                  Lee M. Smithyman, KS #09391
                                                  James P. Zakoura, KS #07644
                                                  Jacob T. Schmidt, KS #28917
                                                  7500 College Blvd., Suite 1400
                                                  Overland Park, KS 66210
                                                  T: 913-484-4627 | F: 913-498-2101
                                                  snehrbass@foulston.com
                                                  lsmithyman@foulston.com
                                                  jzakoura@foulston.com
                                                  jschmidt@foulston.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I filed the foregoing with the clerk of the court using the court's CM/ECF system, which will serve electronic notice upon all parties of record.

                                                *s/Jay F. Fowler*
                                                Jay F. Fowler, KS #10727