# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

RUSS MEHL,
EDMUND GROSS,
TRUDY BOYER,
STEVE ANDERSON,
GREGORY STEADMAN,
PJ STONEBERGER,
RALPH STONEBERGER,
ROBIN GUDDE,
WENDY DUNKIN,
REGEANA SHELTON,
DAVID J. REBEIN,
DANIEL B. GIROUX,
JUDY KRUEGER,
MICHAEL T. JILKA,
ELI DEUTSCHER,
DARYL GREGG,
LUKE OBORNY,
NEAL WARD,
STEVEN MONGEAU,
MARIA RICE,
GERALD SMITH,
USHA RAFFERTY,
individually and on behalf of a
class of similarly situated
residents of Kansas,

    Plaintiffs,

v.            Case No. 24-1073-DDC-ADM

BP ENERGY COMPANY,
SOUTHWEST ENERGY, LP,
MACQUARIE ENERGY, LLC,
ROCKPOINT GAS
STORAGE, LLC,
TENASKA MARKETING
VENTURES,
CIMA ENERGY, LTD.,

**SOUTHWEST ENERGY CORPORATION,**
**BP CANADA MARKETING CORP,**
**MERCURIA ENERGY AMERICA, INC.,**
**NEXTERA ENERGY MARKETING, LLC,**
**SPOTLIGHT ENERGY, LLC,**
**WILLIAMS ENERGY RESOURCES, LLC,**
**CIMA ENERGY, L.P.,**
**CONCORD ENERGY, LLC,**
**ETC MARKETING, LTD.,**
**KANSAS GAS SERVICE,**

        **Defendants.**

# JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Plaintiff Judy Krueger was terminated from this action consistent with the Order (Doc. 290) filed on December 6, 2024.**

**Plaintiff Steven Mongeau was terminated from this action consistent with the Order (Doc. 363) filed on January 28, 2025.**

**Plaintiff Wendy Dunkin was terminated from this action consistent with the Order (Doc. 385) filed on February 7, 2025.**

**Plaintiffs shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 399) filed on February 28, 2025.**

    02/28/2025                                        SKYLER B. O'HARA
      Date                                                CLERK OF THE DISTRICT COURT

                                                                     by:   s/ Megan Garrett
                                                                           Deputy Clerk