UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

March 20, 2025

Mr. Jay F. Fowler
Mr. Samuel Walenz
Foulston Siefkin
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206

Mr. Scott C. Nehrbass
Mr. Lee M. Smithyman
Mr. James P. Zakoura
Foulston Siefkin
7500 College Boulevard, Suite 1400
Overland Park, KS 66210

RE:     25-3049, Mehl, et al v. BP Energy Company, et al
        Dist/Ag docket: 6:24-CV-01073-DDC-ADM, 6:23-CV-01192-DDC-ADM

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    David E. Bengtson
       Bradley J. Benoit
       Nicholas J. Boyle
       Claire L. Chapla
       Brent N. Coverdale
       Stephen Burton Crain
       Amanda Flug Davidoff
       Michael P. Devlin
       Chantale Fiebig
       Alex Foulkes Grafton
       Beatrice C. Franklin
       Sean Gorman
       Cameron E. Grant
       Tyler Heffron
       Casey L. Jones
       Creighton R. Magid
       Robert J. Malionek
       Kyle Alden Mason
       Stephen R. McAllister
       William R. H. Merrill
       Jeffrey D. Morris
       Roman Panickar
       Richard C. Pepperman II
       Mark A. Perry
       Alan R. Pfaff
       Shane A. Rosson

      Elizabeth Y. Ryan
      Nathan M. Saper
      Johanna Spellman
      Brian White
      Andrew Zeve

CMW/art