**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 9, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

In re: WINTER STORM URI NATURAL
GAS LITIGATION

-------------------------------

RUSS MEHL, et al.,

     Plaintiffs - Appellants,

v.

BP ENERGY COMPANY, et al.,

     Defendants - Appellees.

No. 25-3046
(D.C. No. 6:24-CV-01073-DDC-ADM)
(D. Kan.)

_____

In re: WINTER STORM URI NATURAL
GAS LITIGATION

-------------------------------

PJ STONEBERGER, et al.,

     Plaintiffs - Appellants,

v.

BP ENERGY COMPANY, et al.,

     Defendants - Appellees.

No. 25-3047
(D.C. No. 6:23-CV-01195-DDC-ADM)
(D. Kan.)

_____

In re: WINTER STORM URI NATURAL
GAS LITIGATION

-------------------------------

RUSS MEHL, et al.,

      Plaintiffs - Appellants,

v.

BP ENERGY COMPANY, et al.,

      Defendants - Appellees.

No. 25-3049
(D.C. No. 6:23-CV-01192-DDC-ADM)
(D. Kan.)

_____

In re: WINTER STORM URI NATURAL
GAS LITIGATION

------------------------------

DANIEL B. GIROUX, et al.,

      Plaintiffs - Appellants,

v.

BP CANADA ENERGY MARKETING
CORP., et al.,

      Defendants - Appellees.

No. 25-3050
(D.C. No. 6:23-CV-01245-DDC-ADM)
(D. Kan.)

_____

In re: WINTER STORM URI NATURAL
GAS LITIGATION

------------------------------

MARIA RICE, et al.,

      Plaintiffs - Appellants,

v.

SOUTHWEST ENERGY, L.P., et al.,

No. 25-3051
(D.C. No. 6:24-CV-01005-DDC-ADM)
(D. Kan.)

Defendants - Appellees.

_____

In re: WINTER STORM URI NATURAL
GAS LITIGATION

------------------------------

ELI DEUTSCHER, et al.,

     Plaintiffs - Appellants,

v.

TENASKA MARKETING VENTURES,
et al.,

    Defendants - Appellees.

No. 25-3052
(D.C. No. 6:23-CV-01249-DDC-ADM)
(D. Kan.)

_____

**ORDER**

_____

The above-captioned appeals arise from five different district court cases, which the District of Kansas consolidated into a single case given the common questions of law and arguments presented.

These appeals are hereby procedurally consolidated for preparation of the appendix, briefing, oral argument if granted, and submission to a panel of judges.

All future filings in these appeals shall be captioned for and filed in all appeals. The parties shall collaborate to prepare a consolidated joint appendix that contains the portions of the district court record that are necessary for this court to consider all issues that the parties intend to raise in all appeals.

Appellants shall file a single, consolidated opening brief raising all claims of error in these appeals. Appellees shall file a single, consolidated response brief, and, if Appellants choose to file a reply brief, it shall be a single, consolidated reply. All briefs shall conform to the type-volume limitations for a single brief set forth in Federal Rule of Appellate Procedure 32(a)(7).

Appellants' consolidated opening brief and the consolidated appendix shall be due 40 days from the date the district court clerk notifies this court and the parties that the record is complete in both appeals. *See* 10th Cir. R. 31.1(A)(1). The remainder of the briefing in these appeals shall proceed in accordance with the applicable Federal Rules of Appellate Procedure and the Tenth Circuit Rules.

On April 3 and 4, 2025, the district court notified this court and the parties that the record was complete for purposes of this appeal. *See* 10th Cir. R. 31.1(A). Accordingly, Appellants shall file and serve their opening brief and appendix within 40 days from the date of this order. Subsequent briefing will proceed in accordance with Federal Rule of Appellate Procedure 31.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk